IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GARY LEE DEFLUITER,**  CASE NO. 2:06-cv-274
           JUDGE HOLSCHUH
  Petitioner,    MAGISTRATE JUDGE ABEL

  v.

**TIMOTHY BRUNSMAN, Warden,**

  **Respondent.**

## OPINION AND ORDER

On November 24, 2006, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus be dismissed as barred by the one year statute of limitations under 28 U.S.C. §2254.  Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*.  Doc. No. 13. Petitioner contends that this action is timely because he challenges the jurisdiction of the state courts.  Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of the *Report and Recommendation*.

For the reasons detailed in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED.**  The *Report and Recommendation* is **ADOPTED AND AFFIRMED**.  This action is hereby **DISMISSED**.

**IT IS SO ORDERED.**


Date: December 18, 2006      /s/ **John D. Holschuh**
                JOHN D. HOLSCHUH
                United States District Judge